William MAYO, as pers. representative
of the estate of Benita F. Dyess,
deceased

v.

Kaleb DYESS and Katie
Dyess Cowdery

2140208

Court of Civil Appeals of Alabama.

03/27/2015

Affirmed

Thomas H. JOINER, Jr.,
and Betty Joiner

v.

CITY OF GUIN

2140211

Court of Civil Appeals of Alabama.

03/31/2015

Transferred to Sup. Ct. for lack of subject-matter jurisdiction

Aaron KELLY

v.

Darenda KELLY

2140214

Court of Civil Appeals of Alabama.

02/18/2015

Dismissed

Maxwell L. PUGH

v.

BANK OF AM.

2140218

Court of Civil Appeals of Alabama.

03/02/2015

Dismissed

EX PARTE Nakia ECHOLS

(In re Nakia Echols

v.

Alabama Bd. of Adjustments)

2140229

Court of Civil Appeals of Alabama.

01/14/2015

Transferred to Montgomery Cir. Ct. for lack of subject-matter jurisdiction